IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOSHUA WATSON,

    Plaintiff,

v.

JANET BREWTON; MADIA WEST;
MISS MAGAHA; and MARLENE PARKER,

    Defendants.

CIVIL ACTION NO.: 614-116

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections were filed. Plaintiff's claims against Defendants "GSP Administration", Milton Smith, Robert Toole, John Paul, and Windell Fowler are **DISMISSED**. Plaintiff's requests for declaratory relief and injunctive relief are **DENIED**.

SO ORDERED, this 14th day of May, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA