**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

JOSHUA WATSON,

      Plaintiff,

    v.

JANET BREWTON; MADIA WEST;
DELAINE MAGAHA; and MARLENE
PARKER,

      Defendants.

CIVIL ACTION NO.: CV614-116

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's

Report and Recommendation, to which no objections have been filed (Doc. No. 29).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its

opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

**SO ORDERED**, this 21st day of August, 2015.

        HONORABLE J. RANDAL HALL
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF GEORGIA